United States District Court
Southern District of Texas
**ENTERED**
June 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TIMUR BANDEEV, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-471 |
| | § | |
| BRET BRADFORD, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Timur Bandeev is currently detained by Immigration and Customs Enforcement at the Port Isabel Service Processing Center in Cameron County, Texas. He is subject to a final order of removal, but alleges in this habeas action that his removal is not reasonably foreseeable, warranting his immediate release based on *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Pet., Doc. 1)

A United States Magistrate Judge recommends that the Court deny the Petition. (R&R, Doc. 15) No party objected to the Report and Recommendation and the deadline for doing so expired on June 25, 2026.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983). The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 15). It is:

**ORDERED** that Petitioner Timur Bandeev's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED** without prejudice for lack of subject matter jurisdiction.

This is a final and appealable order.

Signed on June 30, 2026.

Fernando Rodriguez, Jr.
United States District Judge